# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2022-3342

_____

MICHAEL KNOX,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.

December 29, 2023

PER CURIAM.

The Court denies the petition alleging ineffective assistance of appellate counsel on the merits.

OSTERHAUS, C.J., and KELSEY and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Michael Knox, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.